HERMAN GINSBURG et al., Appellants, *v.* J. FRANK SMITH et al., Respondents.

(Argued June 11, 1935; decided July 11, 1935.)

*Martin Lippman* for appellants.

*Abraham Shamos* and *Frank H. Foley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.